FILED
CLERK, U.S. DISTRICT COURT
APR 16 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN AGUILAR,<br>Defendant. | 2:25-mj-02220-DUTY<br><br>Case No. ~~25-MJ-220~~<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. §§ 3143(a)(1), 3148(b)] |

I.

On April 16, 2025, Defendant Jonathan Aguilar made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on December 13, 2024. Deputy Federal Public Defender Hanna Bogan was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Kelly Laroque. Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition: while on supervised release, Defendant failed to refrain from drug use and failed to report to the U.S. Probation Officer as directed.

☒ outstanding failures to appear

☒ No bail resources

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history includes felony convictions for drugs and battery

☒   admitted drug use

☒   gang association

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to DFPD Bogan in order to monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

Dated: April 16, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE